JAMES M. HANAVAN (State Bar # 66097)
CRAIGIE, MCCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Defendant
VARSHA I. PATEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORGANIZATION FOR THE OADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, An Individual<br><br>Plaintiffs,<br><br>vs.<br><br>RAMADA LIMITED –DOWNTOWN; RAMADA FRANCHISE SYSTEMS, INC.; SUMATI I PATEL-PAREEK; VARSHA I PATEL; PATEL, DAHYABHAI R (TRUSTEE/CONSERVATOR); PATEL, SHANTABEN D (TRSUTEE/SONSERVATOR/, LIVING TRUST; And DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No. C 04 3388 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING ASIDE DEFENDANT VARSHA I. PATEL'S DEFAULT**<br><br>Courtroom: 3<br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: August 18, 2004<br>Trial Date: Not Set |

///

///

///

///

STIPULATION AND [PROPOSED] ORDER SETTING ASIDE
DEFENDANT VARSHA I. PATEL'S DEFAULT

**IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED** by and between the parties to this action, as reflected by the signatures of their respective counsel as set forth below, that the Default entered by the Clerk on December 15, 2004, against Defendant Varsha I. Patel be set aside. The grounds for this stipulated request are:

1. Excusable neglect on the part of the defendant Varsha I. Patel caused the delay in filing an answer to plaintiff's complaint; and,

2. Defendant Varsha I. Patel has submitted a proposed answer alleging that she has a good and meritorious defense to the claims for relief alleged.

Accordingly, the parties respectfully request that the Court set aside the Default entered on December 15, 2004, against Defendant Varsha I. Patel.

Respectfully submitted,

Dated: May 31, 2005          CRAIGIE, MCCARTHY & CLOW

By: */s/ James M. Hanavan*
    James M. Hanavan
    Attorneys for Defendant VARSHA I. PATEL

Dated: May 25, 2005          PINNOCK & WAKEFIELD

By: */s/ Theodore Pinnock*
    Theodore Pinnock
    Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER SETTING ASIDE DEFENDANT VARSHA I. PATEL'S DEFAULT

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

**Order**

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the Default entered on December 15, 2004, against Defendant Varsha I. Patel is set aside.

Dated: 6/1/05

_____
Judge Phyllis J. Hamilton