**PINNOCK & WAKEFIELD**, A Law Firm
Theodore A. Pinnock, Esq.  Bar #: 153434
David C. Wakefield, Esq.   Bar #: 185736
Michelle L. Wakefield, Esq. Bar #: 200424
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Phone: (619) 858-3671
Fax: (619) 858-3646

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF OF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>RAMADA LIMITED - DOWNTOWN; RAMADA FRANCHISE SYSTEMS, INC.; SUMATI I PATEL-PAREEK; VARSHA I PATEL; PATEL, DAHYABHAI R (TRUSTEE/CONSERVATOR); PATEL, SHANTABEN D (TRUSTEE/CONSERVATOR/, LIVING TRUST;<br><br>And DOES 1 THROUGH 10, Inclusive, Defendants. | Case No.: C 04-03388 PJH<br><br>STIPULATED DISMISSAL AND DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RAMADA FRANCHISE SYSTEMS, INC. FROM PLAINTIFFS' COMPLAINT AND ORDER THEREON.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between **ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF OF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, An Individual,** Plaintiffs, on the one hand, through their respective attorneys of record, and defendants who have appeared in the action, on the other hand, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal without prejudice of Defendant RAMADA FRANCHISE SYSTEMS, INC. from Plaintiffs' Complaint, Case No. C 04-03388 PJH.

Dismissal without prejudice of Defendant RAMADA FRANCHISE SYSTEMS, INC. shall not affect the continuing litigation of the remaining Defendants.

IT IS SO STIPULATED.

Dated: 7/1, 2005       By: _____
                            THEODORE A. PINNOCK, ESQ.
                            DAVID C. WAKEFIELD, ESQ.
                            PINNOCK & WAKEFIELD
                            Attorneys for PLAINTIFFS

Dated: 7/5, 2005       By: _____
                            Sabrina Shadi
                            JENKENS & GILCHRIST, LLP
                            Attorneys for DEFENDANTS
                            RAMADA FRANCHISE SYSTEMS, INC.

///
///
///

2

Case No. C 04-03388 PJH

## ORDER ON NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RAMADA FRANCHISE SYSTEMS, INC. FROM PLAINTIFFS' COMPLAINT.

**IT IS HEREBY ORDERED** that Defendant RAMADA FRANCHISE SYSTEMS, INC. is dismissed without prejudice from Plaintiffs' Complaint Case No. C 04-03388 PJH.

Dismissal without prejudice of Defendant RAMADA FRANCHISE SYSTEMS, INC. shall not affect the continuing litigation of the remaining Defendants.

**IT IS SO ORDERED.**

Dated: 7/6/05

_____
HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE

3

Case No. C 04-03388 PJH