1   **PINNOCK & WAKEFIELD**, A Law Firm
Theodore A. Pinnock, Esq.          Bar #: 153434
2   David C. Wakefield, Esq.           Bar #: 185736
Michelle L. Wakefield, Esq.        Bar #: 200424
3   3033 Fifth Avenue, Suite 410
San Diego, CA  92103
4   Phone: (619) 858-3671
Fax:   (619) 858-3646
5
Attorneys for Plaintiffs
6
## UNITED STATES DISTRICT COURT
7   ## NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9  **ORGANIZATION FOR THE** | Case No.: C 04-03388 PJH |
| 10  **ADVANCEMENT OF MINORITIES** | |
| 11  **WITH DISABILITIES SUING ON** | **STIPULATED DISMISSAL AND** |
| **BEHALF OF DAVID SINGLETARY** | **DISMISSAL WITHOUT** |
| 12  **AND ITS MEMBERS; and DAVID** | **PREJUDICE OF ALL** |
| **SINGLETARY, An Individual,** | **DEFENDANTS FROM  PLAINTIFFS** |
| 13 | **COMPLAINT AND ORDER** |
| 14 | **THEREON.** |
| 15  Plaintiffs, | |
| v. | |
| 16 | |
| 17  **RAMADA LIMITED - DOWNTOWN;** | [Fed.R.Civ.P. Rule 41(a)(2)] |
| **RAMADA FRANCHISE SYSTEMS,** | |
| 18  **INC.; SUMATI I PATEL-PAREEK;** | |
| **VARSHA I PATEL; PATEL,** | |
| 19  **DAHYABHAI R** | |
| 20  **(TRUSTEE/CONSERVATOR);** | |
| **PATEL, SHANTABEN D** | |
| 21  **(TRUSTEE/CONSERVATOR/,** | |
| 22  **LIVING TRUST;** | |
| 23 | |
| 24  And **DOES 1 THROUGH 10**, Inclusive, | |
| 25  Defendants. | |

26

27

28

Case No.  C 04-03388 PJH

1    IT IS HEREBY STIPULATED by and between ORGANIZATION FOR

2    THE ADVANCEMENT OF MINORITIES WITH DISABILITIES SUING

3    ON BEHALF OF DAVID SINGLETARY AND ITS MEMBERS; and DAVID

4    SINGLETARY, An Individual, Plaintiffs, on the one hand, through their

5    respective attorneys of record, and defendants who have appeared in the action, on

6    the other hand, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and

7    (2), this Court enter a dismissal without prejudice of ALL Defendants from

8    Plaintiffs' Complaint, Case No. C 04-03388 PJH.

9

10    IT IS SO STIPULATED.

11

12    Dated: _11/16_____, 2005

13                                                By:

14                                                THEODORE A. PINNOCK, ESQ.

15                                                DAVID C. WAKEFIELD, ESQ.
                                                  PINNOCK & WAKEFIELD
                                                  Attorneys for PLAINTIFFS

16

17    Dated: _11/16_____, 2005

18                                                By: *Kristen Drake*

19                                                James Hanavan, Esq.
                                                  Kristen Drake, Esq.

20                                                CRAIGIE McCARTHY & CLOW
                                                  Attorney for DEFENDANTS

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

                                    2

                                            Case No. C 04-03388 PJH

1
2

## ORDER ON NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL DEFENDANT  RAMADA FROM PLAINTIFFS' COMPLAINT.

3
4         **IT IS HEREBY ORDERED** that ALL Defendants is dismissed without prejudice from
5     Plaintiffs' Complaint Case No. C 04-03388 PJH.

6
7     **IT IS SO ORDERED.**

8     Dated: 11/17/05     _____
9                          HONORABLE PHYLLIS J. HAMILTON
10                         U.S. DISTRICT COURT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.  C 04-03388 PJH